UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-199-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. Mayhew filed a motion to quash subpoena on April 2, 2014 [DE-57]. The motion relates to a subpoena Mayhew received to testify before a Grand Jury on April 15, 2014. Typically, the Government would have fourteen days to respond to this motion. However, because the subpoena requires Mayhew's presence on April 15, 2014, the court will need an expedited response from the Government. Accordingly, the Government's response to Mayhew's motion is due on or before **April 9, 2014**. Once the response is received the Clerk of Court is DIRECTED to submit the motion to Magistrate Judge Robert Jones for ruling.

SO ORDERED.
This the ____ day of April, 2014.

JAMES C. FOX
Senior United States District Judge