UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00199-2F(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | <u>ORDER DENYING MOTION TO QUASH</u> |
| v. | ) | <u>AS MOOT</u> |
| | ) | |
| DAVID CHRISTOPHER MAYHEW | ) | |

THIS MATTER comes before the Court upon Defendant's Motion to Quash Subpoena. In its response, the United States has agreed to withdraw the subpoena at issue. The COURT hereby denies the Motion to Quash as moot.

SO ORDERED this __11__ day of __April__, 2014.

_____
Robert B. Jones, Jr.
United States Magistrate Judge