IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00199-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court on David Christopher Mayhew's letter [DE-116] addressed to the undersigned. In his letter dated April 7, 2015, Mayhew states that he has not been contacted by an attorney since his December 11, 2014 hearing before this court and expresses confusion about the appointment of counsel to his case.

Mayhew is advised that attorney Geoffrey W. Hosford of the law firm Hosford & Hosford, P.C. located in Wilmington, North Carolina entered a notice of appearance [DE-108] as appointed counsel on December 17, 2014. Mayhew is further advised that his case is set for arraignment and trial at this court's May 11, 2015 term of court, and the court does not anticipate allowing any further continuances.

SO ORDERED.

This, the 17 day of April, 2015.

*[signature]*
JAMES C. FOX
Senior United States District Judge