IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00199-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion in Limine [DE-127]. The court has been advised there is no objection by David Christopher Mayhew. Consequently, the Government's Motion in Limine [DE-127] is ALLOWED. Questioning and evidence relating to embezzlement allegations of witness Priscilla Oates and the criminal history of witness James Stewart are to be excluded.

SO ORDERED.

This, the 3rd day of June, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge