IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00199-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court on David Christopher Mayhew's Motion for Order to Show Cause [DE-159] and Motion for Production of Documents [DE-160]. In his Motion for Order to Show Cause, Mayhew argues that Government's witness Travis Cox should be held in contempt for committing perjury before the grand jury or the court. Mayhew's claims are frivolous, and his Motion for Order to Show Cause [DE-159] is DENIED. In his Motion for Production of Documents, Mayhew is seeking documents from his case that are in his counsel's possession. Mayhew is DIRECTED to contact his attorney, Geoffrey W. Hosford, to get filings from his case. Accordingly, Mayhew's Motion for Production of Documents [DE-160] is DENIED.

SO ORDERED.

This, the 2 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge