IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00199-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court on David Christopher Mayhew's *pro se* Motion to Reconsider [DE-167]. In his motion, Mayhew requests that the court reconsider its order dated September 2, 2015 [DE-164]. In the court's September 2, 2015 Order, the court directed Mayhew to consult with his attorney to obtain the requested discovery and other case-related documents. In his Motion to Reconsider, Mayhew represents that his attorney will not provide him with the case-related documents. The Clerk is DIRECTED to set this matter for a hearing following receipt of the mandate from the Fourth Circuit Court of Appeals.

SO ORDERED.

This, the 24 day of September, 2015.

James C. Fox
JAMES C. FOX
Senior United States District Judge