IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00199-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID CHRISTOPHER MAYHEW, | ) | |
| Defendant. | ) | |

This matter is before the court on David Christopher Mayhew's *pro se* Motion to Reconsider [DE-172], in which he requests the appointment of new counsel. The court will address the issue of representation at the hearing the court intends to schedule following receipt of the mandate from the Fourth Circuit Court of Appeals.

SO ORDERED.

This, the 13 day of October, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge