UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00199-F-2

UNITED STATES          )
                       )      ORDER
     VS.               )
                       )
DAVID CHRISTOPHER MAYHEW )

THIS MATTER COMING before the Court on the

Defendants's motion to seal [DE-189] the objections to his

presentence report, the Court finds that good cause exists

to allow the motion, and therefore, the Defendant's motion

is ALLOWED.

SO ORDERED.

This *22'* day of December, 2015.


_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE